

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00077-CR

| | | |
|---|---|---|
| Walter Tendai Chidyausiku | § | From Criminal District Court No. 4 |
| | § | of Tarrant County (1264242R) |
| | § | February 19, 2015 |
| v. | § | Opinion by Justice Dauphinot |
| | § | Concurrence by Justice Gabriel |
| The State of Texas | § | (p) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and this case is remanded to the trial court for a new trial or other proceedings consistent with this opinion.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Lee Ann Dauphinot_____
    Justice Lee Ann Dauphinot